# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1417

_____

Dameon Spencer,                                                    *
                                                                   *
                    Appellant,                                     *
                                                                   *    Appeal from the United States
          v.                                                       *    District Court for the Eastern
                                                                   *    District of Arkansas.
Floyd White, Individually and in his                               *
Official Capacity as Sheriff of Chicot                             *    [UNPUBLISHED]
County, Arkansas; Ron Nichols,                                     *
Individually and in his Official                                   *
Capacity as Sheriff of Chicot County,                              *
Arkansas; Mark Cashion, Individually                               *
and in his Capacity as Keeper of the                               *
Jail for the Arkansas Department                                   *
of Correction,                                                     *
                                                                   *
                    Appellees.                                     *

_____

Submitted: September 7, 2010
Filed: September 10, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Dameon Spencer appeals the district court's[1] adverse grant of summary judgment as to Mark Cashion, and its later adverse judgment as to Floyd White and Ron Nichols following a bench trial, in his 42 U.S.C. § 1983 suit in which he alleged that his federal constitutional rights were violated by his prolonged detention between his arrest and his first appearance before a judge. Having reviewed the record de novo, see Eckert v. Titan Tire Corp., 514 F.3d 801, 804 (8th Cir. 2008); Davis v. Hall, 375 F.3d 703, 711 (8th Cir. 2004), and considered Spencer's arguments on appeal, we agree with the district court's well reasoned opinion. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.